UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRICK JONES JR., ) | 1:10-cv—00068-AWI-SKO-HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION TO DENY |
| ) | PETITIONER'S REQUEST FOR AN |
| v. ) | INJUNCTION (Docs. 20, 21) |
| ) | |
| DIRECTOR OF CORRECTIONS ) | |
| MATTHEW TATE, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules 302 and 303.

On November 17, 2010, the Magistrate Judge filed findings and recommendations that Petitioner's request for injunctive relief be denied.  The findings and recommendations were served on Petitioner on November 17, 2010, and they notified Petitioner that objections were due no later than thirty days after the date of service of the order.  Over thirty days have passed, but Petitioner has not filed objections to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the report and recommendation is supported by the record and proper analysis.

Accordingly, it is hereby ORDERED that:

1. The Findings and Recommendations filed on November 17, 2010, are ADOPTED in full; and

2. Petitioner's motion for injunctive relief is DENIED.

IT IS SO ORDERED.

Dated: February 15, 2011

CHIEF UNITED STATES DISTRICT JUDGE