UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRICK JONES, JR., | 1:10-cv-00068 AWI SKO  (HC) |
| Petitioner, | |
| vs. | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| MIKE McDONALD, Warden, | (DOCUMENT #22) |
| Respondent. | |
| _____/ | |

On November 29, 2010, Petitioner filed a motion for order of return of legal property and motion for appointment of counsel.

Petitioner's motion concerning the return of his legal property will be addressed in a separate order.

Insofar as Petitioner has requested the appointment of counsel, the Court notes that there currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).  However, 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases.  In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time.

////

1    Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of
2 counsel is denied.
3 IT IS SO ORDERED.
4 **Dated:** **March 1, 2011**              /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE