UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRICK JONES JR., | ) 1:10-cv–00068-AWI-SKO-HC |
| Petitioner, | ) ORDER RE: FINDINGS AND |
| | ) RECOMMENDATIONS (DOC. 33) |
| v. | ) ORDER DENYING PETITIONER'S |
| | ) REQUEST FOR AN ORDER TO PRISON |
| DIRECTOR OF CORRECTIONS MATTHEW TATE, | ) STAFF TO RETURN HIS PROPERTY |
| | ) (Doc. 22) |
| Respondent. | ) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules 302 and 303.

On July 7, 2011, the Magistrate Judge filed findings and a recommendation that Petitioner's request for an order to prison staff to return his property be denied.

The findings and recommendations were served on all parties on the same date. The findings and recommendations advised the parties that objections could be filed within thirty days, and replies within fourteen days after the filing of objections. Although the time period for filing objections has passed, no

1  objections have been filed.

2      In accordance with the provisions of 28 U.S.C. § 636
3  (b)(1)(C), this Court has conducted a *de novo* review of the case.
4  The undersigned has carefully reviewed the entire file and has
5  determined that the report and recommendation is supported by the
6  record and proper analysis.

7      Accordingly, IT IS ORDERED that:

8      1. The Findings and Recommendations filed on July 7, 2011,
9  are ADOPTED in full; and

10     2. Petitioner's motion for an order to staff to return his
11 legal property is DENIED.

12 IT IS SO ORDERED.

13 Dated:   September 11, 2011
14                                         CHIEF UNITED STATES DISTRICT JUDGE