UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JONES, SR., | 1:10-CV-00068 AWI BAM HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION |
| v. | [Doc. #59] |
| MIKE McDONALD, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 26, 2012, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be denied. On August 3, 2012, the undersigned adopted the Findings and Recommendation in full, denied the petition, and directed that judgment be entered. The Clerk of Court entered judgment on the same date.

On August 13, 2012, Petitioner filed a motion for reconsideration pursuant to Federal Rules of Civil Procedure § 60(b).

Rule 60(b) of the Federal Rules of Civil Procedure provides:

On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
   (1) mistake, inadvertence, surprise, or excusable neglect;

Case 1:10-cv-00068-AWI-BAM   Document 68   Filed 09/05/12   Page 2 of 2

   (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
   (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
   (4) the judgment is void;
   (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
   (6) any other reason that justifies relief.

  Petitioner fails to meet this standard. Petitioner does not set forth any arguments or evidence that have not already been considered by this Court. Petitioner's arguments present no basis for relief.

  Accordingly, Petitioner's motion for reconsideration is DENIED.

IT IS SO ORDERED.

Dated: September 5, 2012                 
                    CHIEF UNITED STATES DISTRICT JUDGE