UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JONES, SR., | 1:10-CV-00068 AWI BAM HC |
|     Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR CERTIFICATE OF APPEALABILITY |
|     v. | [Doc. #62] |
| MIKE McDONALD, | ORDER DENYING PETITIONER'S MOTION TO DISQUALIFY |
|     Respondent.                                    / | [Doc. #64] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On April 26, 2012, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be denied. On August 3, 2012, the undersigned adopted the Findings and Recommendation in full, denied the petition, and directed that judgment be entered. The Clerk of Court entered judgment on the same date.

    On August 22, 2012, Petitioner filed a motion for certificate of appealability. Petitioner is advised that certificate of appealability was already denied on August 3, 2012, in the order denying the petition. The motion will be denied for the same reasons.

    Also on that same date, Petitioner filed a motion to disqualify the undersigned and Magistrate Judge Barbara A. McAuliffe, who had issued the Findings and Recommendation in this matter.

1  Insofar as the case is terminated, Petitioner's motion to disqualify is moot.  Notwithstanding,
2  Petitioner fails to demonstrate any cause for disqualification. 28 U.S.C. § 455 requires
3  disqualification of any judge in any proceeding in which his or her impartiality might reasonably be
4  questioned.  In addition, disqualification is required where, *inter alia*, the judge has a personal bias
5  or prejudice concerning a party, where the judge has personal knowledge of disputed evidentiary
6  facts, or where the judge holds some relationship to the matter in controversy. <u>See</u> 28 U.S.C. § 455.
7  In this case, Petitioner is merely dissatisfied with the outcome of the case.  This is not cause for
8  disqualification.
9     Accordingly, Petitioner's motions for certificate of appealability and disqualification are
10 DENIED.

12 IT IS SO ORDERED.

13 Dated:    September 5, 2012                                   _____
14                                                                CHIEF UNITED STATES DISTRICT JUDGE