# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JONES, SR., | 1:10-CV-00068 AWI BAM HC |
| Petitioner, | ORDER DENYING PETITIONER'S SECOND MOTION TO REMOVE/DISQUALIFY MAGISTRATE JUDGE |
| v. | |
| MIKE McDONALD, | |
| Respondent. | [Doc. #82] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 25, 2013, Petitioner filed the instant motion to substitute or remove Magistrate Judge Barbara A. McAuliffe. A judge must be disqualified if his or her impartiality might reasonably be questioned or there is a personal bias or prejudice concerning a party. 28 U.S.C. § 455. For the same reasons stated in this Court's Order of September 5, 2012, Petitioner's the motion is denied. Petitioner's claims of personal bias or prejudice do not meet the required standards. Petitioner is merely dissatisfied with the Magistrate Judge's recommendations. This is not cause for disqualification.

Accordingly, Petitioner's motion for disqualification is DENIED.

IT IS SO ORDERED.

Dated: March 18, 2013

SENIOR DISTRICT JUDGE